1          HONORABLE ROSANNA MALOUF PETERSON

2   Thomas M. Jones, WSBA No. 13141
    Brendan Winslow-Nason, WSBA No. 39328
3   COZEN O'CONNOR
    1201 Third Avenue
4   Suite 5200
    Seattle, Washington 98101
5   Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
6   Facsimile: 206.621.8783

7   Attorneys for Plaintiff
    North American Specialty Insurance Company

8

9

10          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

11

12  WESTCHESTER FIRE INSURANCE
    COMPANY, a Pennsylvania corporation,          No.: 2:11-cv-00435-RMP
13  and NORTH AMERICAN SPECIALTY
    INSURANCE COMPANY, a New
14  Hampshire corporation,                        NOTICE OF DISMISSAL WITH
                                                  PREJUDICE
15          Plaintiffs,

16          v.

17  THE SHAW GROUP, INC., a Louisiana
    corporation, SHAW PROCESS
18  FABRICATORS, INC., a Louisiana
    corporation, REC SOLAR GRADE
19  SILICON, LLC, a Delaware lmited
    liability company, and ZURICH
20  AMERICAN INSURANCE COMPANY, a
    New York corporation,
21
            Defendants.
22

23

24          Pursuant to Fed. R. Civ. P. 41 (a) (1) (A), Plaintiffs Westchester Fire

25  Insurance Company and North American Specialty Insurance Company hereby

26  dismiss Defendant REC Solar Grade Silicon, LLC of this action, with prejudice.

NOTICE OF DISMISSAL OF DEFENDANT REC SOLAR GRADE
SILICON, LLC  - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

DATED this 17th day of February, 2012.

COZEN O'CONNOR

By: /s/ Brendan Winslow-Nason
Thomas M. Jones
Brendan Winslow-Nason
Attorneys for Plaintiff North American
Specialty Insurance Company

By: /s/ Kevin A. Michael
Kevin A. Michael
Attorneys for Plaintiff Westchester Fire
Insurance Company

NOTICE OF DISMISSAL OF DEFENDANT REC SOLAR GRADE
SILICON, LLC - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1

## CERTIFICATE OF SERVICE

2       I hereby certify under penalty of perjury of the laws of the state of

3   Washington that on February 17, 2012, I electronically filed the foregoing with

4   the Clerk of the Court using the CM/ECF system which will send notification of

5   such filing to the following:

6   ATTORNEYS FOR DEFENDANT        **ASHBAUGH BEAL**
    The Shaw Group                 **John Stephen Riper**
7                                  **Richard T. Beal**
                                   jriper@lawasresults.com,
8                                  cbrugalette@lawasresults.com,
                                   mstrangeland@lawasresults.com
9                                  rbeal@lawasresults.com

10

11                                 **MASLON EDELMAN BORMAN &**
                                   **BRAND LLP**
12                                 **James Duffy O'Connor**
                                   James.oconnor@maslon.com,
13                                 Deneen.Stutzka@maslon.com
                                   **Jason A. Lien**
14                                 Jason.lien@maslon.com
                                   **David Elie Suchar**
15                                 David.suchar@maslon.com

16

17  ATTORNEYS FOR DEFENDANT        **HARPER HAYES PLLC**
    Shaw Process Fabricators, Inc. **Gregory Louis Harper**
18                                 greg@harperhayes.com
                                   mcrisera@harperhayes.com
19                                 **Todd C. Hayes**
                                   todd@harperhayes.com,
20                                 jmcclure@harperhayes.com
                                   vheindel@harperhayes.com

21

22

23

24

25

26

NOTICE OF DISMISSAL OF DEFENDANT REC SOLAR GRADE
SILICON, LLC  - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

ATTORNEYS FOR DEFENDANT          **KARR TUTTLE CAMPBELL**
Zurich American Insurance Co.         **Jacquelyn A. Beatty**
                                     jbeatty@karrtuttle.com,
                                     psteinfeld@karrtuttle.com
                                     **Robert A. Radcliffe**
                                     rradcliffe@karrtuttle.com,
                                     jsmith@karrtuttle.com,
                                     sarobinson@karrtuttle.com

       DATED this 17th day of February, 2012.

                    COZEN O'CONNOR


            By:   /s/ Diane M. Finafrock
                  Diane M. Finafrock, Legal Assistant


SEATTLE\1272213\1  287847.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000